ORIGINAL

FILED

03/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0101

THOMAS C. WEINER, M.D.,

     Plaintiff and Appellant,

v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,
WADE JOHNSON, JAMES TARVER, M.D.,
KERRY HALE, M.D., SHELLY HARKINS,
M.D., TODD WAMPLER, M.D., RANDY
SASICH, M.D., and JOHN DOES 1-5,

     Defendants and Appellees.

O R D E R

FILED

MAR 1 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Axel Trumbo of Pleasant Grove, Utah, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Axel Trumbo to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Axel Trumbo, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 19th day of March, 2024.

For the Court,

By       _Jim Rice_
                 Justice